**RECEIVED**

OCT 1 0 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| **KRYSTAL GREEN, ET AL.** | *CIVIL NO. 2: 10-0364 |
| **VERSUS** | *JUDGE TRIMBLE |
| **PLANTATION OF LOUISIANA, LLC., ET AL.** | *MAGISTRATE JUDGE HILL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation (R. #160) of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Therefore;

**IT IS ORDERED** that the defendants' Motion to Compel Arbitration [rec. doc. 138] is **GRANTED**. Accordingly, Florita Lee, Megan Beard, Autumn Whatley, Christine Killinger, Latonya Waters and Selena Istre are ordered to mediate and then arbitrate their claims against the defendants in accordance with the terms of the respective written agreements, and the instant matter is hereby **DISMISSED** without prejudice as to these defendants only.

Signed this 10th day of October, 2012, in chambers at Lake Charles, Louisiana.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE