RECEIVED
OCT 10 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | |
|---|---|
| **KRYSTAL GREEN, ET AL.** | *CIVIL NO. 2: 10-0364 |
| **VERSUS** | *JUDGE TRIMBLE |
| **PLANTATION OF LOUISIANA, LLC., ET AL.** | *MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation (R. #161) of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Therefore;

**IT IS ORDERED** that the defendants' Motion to Dismiss [rec. doc. 149] is **GRANTED in part and DENIED in part.** Accordingly, the claims of Kathleen Becker, Ashley Broussard, Tanya Currier, Crystal Green, Mysti Harrison, Veronica Holland, Rachel Matt, Leslee Smith, Chelle Camp Warrick, Sara White, Danielle Billiot, Jessica Chambers, Amber Cormier, Erica Kershaw, Rebecca McKinney, Ryneadra Merrick, Jennifer Sonnier, and Lyndsey Wolfe are **dismissed with prejudice** under FRCP Rule 37(b)(2)(A)(v) for failing to obey this Court's May 29, 2012 discovery Order. The claims of Florita Lee, Megan Beard, Autumn Whatley, Christine Killinger and Latonya Waters are **dismissed without prejudice** so that their clams may proceed to arbitration. Otherwise, the motion is **DENIED**; the claims of Shylah Shewmake, Mary Ann Girgis, Tiffany Hinch, and Ebony Murreld shall remain pending before this Court.

Signed this 10th day of October, 2012, in chambers at Lake Charles, Louisiana.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE